USDC SCAN INDEX SHEET

















JPP     8/16/02    10:06
3:02-CV-01639    RAMIREZ V. PORT OF SAN DIEGO
*1*
*CMP.*



| | |
|---|---|
| 1 | Emiluz Pascasio-Reyes, Esq. (State Bar No. 176837) |
| | Law Offices of Emiluz Pascasio-Reyes |
| 2 | 605 "C" Street, Suite 300 |
| | San Diego, CA 92101 |
| 3 | Telephone (619) 238-5411 |
| | Facsimile (619) 238-6728 |
| 4 | |
| | Attorneys for Plaintiff |

FILED
02 AUG 15 AM 11: 59

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Eufemia Ramirez,

    Plaintiff,

vs.

Port of San Diego, United States Postal Service and Does 1-10 inclusive,

    Defendant,

COMPLAINT FOR DAMAGES
(Personal Injuries, General Damages, Premises Liability)

CASE NO. '02 CV 1639 JM (POR)

Plaintiff, EUFEMIA RAMIREZ, alleges:

1. The true names or capacities of Defendants, DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each such Defendant is legally responsible in some manner for the events herein referred to, and proximately thereby caused injury and damage to Plaintiff as herein alleged.

2. At all times herein mentioned, Defendants, PORT OF SAN DIEGO, UNITED STATES POSTAL SERVICE, and DOES 1 through 10, inclusive, were the employees and agents of Defendants and were acting within the course and scope of their employment and agency.

3. At all times herein mentioned, Defendants were the owners, lessors, lessees, and/or operators of the premises located at Airport Mail Facility, Winship Lane, San Diego, California 92101.

///

///

4. On or about February 25, 2002, the Defendants negligently allowed a dangerous condition to remain on the walking surface of their premises. The place was in the vicinity of Airport Mail Facility, Winship Lane, San Diego, California 92101 and was a place used for the ingress, egress, and all-purpose passage of customers and vehicles of the premises.

5. At said date and place, Plaintiff was a business invitee on Defendant's premises, walking in the vicinity of Airport Mail Facility. Said area was poorly lighted and, while walking, one of Plaintiff's feet hit the bump on the road right in front of the United States Postal Service's building, with the result that Plaintiff was caused to fall, striking Plaintiff's face down with great force sustaining a cut to Plaintiff's right cheek.

6. The Defendants knew, or in the exercise of reasonable care should have known, that unless reasonable inspections were made and precautions taken, dangerous conditions, together with poor lighting, could exist on their premises which endangered the safety of persons walking thereon and that said dangerous condition did exist on Defendants' premises.

7. Despite notice, Defendants, and each of them, negligently failed to correct the dangerous condition within a reasonable period of time, and negligently failed to take reasonable precautions to prevent injuries to persons as a result thereof.

8. As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was hurt and injured in Plaintiff's health, strength and activity, sustaining injury to Plaintiff's body and shock and injury to Plaintiff's nervous system and person, which injuries have caused and continue to cause Plaintiff great mental, physical and nervous pain and suffering. Plaintiff is informed and believes, and therefore alleges, that the injuries will result in some permanent disability to the Plaintiff, all to Plaintiff's general damage in an amount to be shown according to proof at time of trial.

///

9. As a further proximate result of the aforesaid conduct of the Defendants, and each of them, Plaintiff was required to and did, and continues to, employ physicians and surgeons to examine, treat and care for Plaintiff, and did and continues to incur medical and incidental which will be shown according to proof at time of trial.

10. As a further proximate result of the aforesaid conduct of the Defendants, and each of them, Plaintiff was prevented from attending to Plaintiff's usual occupation for a period of time, sustaining loss of earnings in an amount unknown to Plaintiff at this time, but which will be shown according to proof at time of trial.

WHEREFORE, Plaintiff prays for judgment against the Defendant, and each of them, for:

1. General damages in an amount to be shown according to proof;
2. All loss of earnings, medical and incidental expenses according to proof;
3. All costs of suit incurred herein; and
4. For such other and further relief as the Court deems proper.

Dated: August 12, 2002					LAW OFFICES OF EMILUZ PASCASIO-REYES


_____
By: EMILUZ PASCASIO-REYES, ESQ.
Attorney for Plaintiff, EUFEMIA RAMIREZ

**JS 44** (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
EUFEMIA RAMIREZ

**DEFENDANTS**
PORT OF SAN DIEGO, UNITED STATES POSTAL SERVICE and DOES 1-10, inclusive

FILED
02 AUG 15 PM 12:03

(b) County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
BY: _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Emiluz Pascasio-Reyes, Esq. (Bar No. 176837)
605 "C" Street, Suite 300
San Diego, CA 92101
(619) 238-5411

Attorneys (If Known)

**'02 CV 1639 JM (POR)**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ ~~Medi~~care Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
On 02/25/02, Plaintiff was a business invitee on Defendants' premises. Said area was poorly lighted and while walking, one of Plaintiff's feet hit the bump on the road causing Plaintiff to fall, striking Plaintiff's face down with great force sustaining a cut to her right cheek.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $15,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE August 12, 2002

SIGNATURE OF ATTORNEY OF RECORD
_Emiluz Pascasio-Reyes, Esq._

**FOR OFFICE USE ONLY**

RECEIPT # 55656  AMOUNT $150.00  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

8/15/02 NO