















JPP    8/16/02    10:06

3:02-CV-01639   RAMIREZ V. PORT OF SAN DIEGO

*2*

*SM.*

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

EUFEMIA RAMIREZ,

      Plaintiff,

          vs

PORT OF SAN DIEGO, UNITED STATES POSTAL
SERVICE and DOES 1-10, inclusive,

      Defendants,

**SUMMONS IN A CIVIL ACTION**

Case No.

**'02 CV 1639 JM (POR)**

FILED

02 AUG 15 PH 12: 03

BY: _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

EMILUZ PASCASIO-REYES, ESQ. (State Bar No. 176837)
Law Offices of Emiluz Pascasio-Reyes
605 "C" Street, Suite 300
San Diego, CA 92101
(619) 238-5411

An answer to the complaint which is herewith served upon you, within __ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

~~Roberta Westdal~~

CLERK

ARVAUNTT VICTORIA

By _____, Deputy Clerk

AUG 15 2002

DATE

